IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br> v. <br><br> LIGHT IN THE BOX LIMITED, <br> a Hong Kong Company, <br><br> Defendant. | Case No. 14-cv-4995 <br><br> **Judge Robert M. Dow, Jr.** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

WHEREAS, Plaintiff Oakley, Inc. ("Oakley") and Defendant Light In The Box Limited ("LITB Limited") have resolved the dispute between them.

THEREFORE, OAKLEY AND LITB LIMITED HEREBY STIPULATE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss the above-captioned matter with prejudice.

DATED: April 6, 2015          Respectfully submitted,

         By /s/ Harrison J. Frahn IV
         Harrison J. Frahn IV *(pro hac vice)*
         SIMPSON THACHER & BARTLETT LLP
         2475 Hanover Street
         Palo Alto, California 94304
         Tel: (650) 251-5000
         Fax: (650) 251-5002
         hfrahn@stblaw.com

         John Scheid (ARDC No. 6226105)
         MURPHY & HOURIHANE, LLC
         161 North Clark Street, Suite 2550
         Chicago, Illinois 60601
         Tel: (312) 202-3200
         Fax: (312) 202-3201
         jscheid@mhlitigation.com

         *Counsel for Defendant*
         *Light In The Box Limited*


         By /s/ Justin R. Gaudio
         Kevin W. Guynn
         Justin R. Gaudio
         Allyson M. Martin
         Amy C. Ziegler
         GREER, BURNS & CRAIN, LTD.
         300 South Wacker Drive, Suite 2500
         Chicago, Illinois 60606
         Tel: (312) 360-0080
         Fax: (312) 360-9315
         kguynn@gbclaw.net
         jgaudio@gbclaw.net
         aziegler@gbclaw.net
         amartin@gbclaw.net

         *Counsel for Plaintiff Oakley, Inc.*